UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re CANADIAN SUPERIOR SECURITIES LITIGATION | : : : : | Master File No. 1:09-cv-10087-SAS<br><br>CLASS ACTION |
| This Document Relates To:<br><br>    ALL ACTIONS. | : : : : : : | U.S. LEAD PLAINTIFF'S NOTICE OF MOTION AND UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT |

632698_1

TO: ALL PARTIES AND THEIR ATTORNEYS OF RECORD

PLEASE TAKE NOTICE that U.S. Lead Plaintiff hereby moves the Court, before the Honorable Shira A. Scheindlin, United States District Judge for the Southern District of New York, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York, 10007, for an order preliminarily approving the proposed settlement, directing notice be sent to all U.S. Class Members and summary notice to be published, and setting a hearing for final approval. This Motion is based upon the Settlement Agreement and the exhibits annexed thereto, and the U.S. Lead Plaintiff's Memorandum of Law in Support of Unopposed Motion for Preliminary Approval of Settlement.

DATED: June 28, 2011

Respectfully submitted,

ROBBINS GELLER RUDMAN
  & DOWD LLP
ELLEN GUSIKOFF STEWART


            s/ Ellen Gusikoff Stewart
ELLEN GUSIKOFF STEWART

655 West Broadway, Suite 1900
San Diego, CA 92101-3301
Telephone: 619/231-1058
619/231-7423 (fax)

ROBBINS GELLER RUDMAN
  & DOWD LLP
SAMUEL H. RUDMAN
DAVID A. ROSENFELD
CAROLINA C. TORRES
58 South Service Road, Suite 200
Melville, NY 11747
Telephone: 631/367-7100
631/367-1173 (fax)
srudman@rgrdlaw.com
drosenfeld@rgrdlaw.com
ctorres@rgrdlaw.com

- 1 -

632698_1

        HOLZER HOLZER & FISTEL, LLC
        MICHAEL I. FISTEL, JR.
        200 Ashford Center North, Suite 300
        Atlanta, GA  30338
        Telephone:  770/392-0090
        770/392-0029 (fax)

        Co-Lead Counsel for Plaintiff

        DYER & BERENS LLP
        JEFFREY A. BERENS
        300 East 17th Avenue, Suite 300
        Denver, CO  80203
        Telephone:  303/861-1764
        303/395-0393 (fax)

        Additional Counsel for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on June 28, 2011, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on June 28, 2011.

s/ Ellen Gusikoff Stewart
ELLEN GUSIKOFF STEWART

ROBBINS GELLER RUDMAN
& DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA 92101-3301
Telephone: 619/231-1058
619/231-7423 (fax)

E-mail: elleng@rgrdlaw.com

# Mailing Information for a Case 1:09-cv-10087-SAS

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Jack C. Auspitz**
  jauspitz@mofo.com

- **David A.P. Brower**
  brower@browerpiven.com,reception@browerpiven.com

- **Marshall Pierce Dees**
  mdees@holzerlaw.com

- **Lawrence P. Eagel**
  eagel@bragarwexler.com

- **Michael Ira Fistel , Jr**
  mfistel@holzerlaw.com,cyoung@holzerlaw.com,cmoore@holzerlaw.com

- **Robin Bronzaft Howald**
  hobbit99@aol.com,info@glancylaw.com

- **Mark Peter Kindall**
  firm@izardnobel.com

- **Jamie A. Levitt**
  jlevitt@mofo.com,docketny@mofo.com

- **David Avi Rosenfeld**
  e_file_sd@rgrdlaw.com,drosenfeld@rgrdlaw.com

- **Samuel Howard Rudman**
  srudman@rgrdlaw.com,e_file_ny@rgrdlaw.com

- **Damion Kenneth Lee Stodola**
  rrzeczkowski@mofo.com,dstodola@mofo.com

- **Paul D. Wexler**
  wexler@bragarwexler.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Ellen Gusihoff Stewart
Robbins Geller Rudman & Dowd LLP (San Diego)
655 West Broadway
Suite 1900
San Diego, CA 92101
```